1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

GERARDO RANGEL OSUNA,

Case No.:  25cv3668-LL-MMP

12

Petitioner,

13

v.

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241**

14

JEREMY CASEY, Warden of Imperial
Detention Facility, et al.,

15
16

Respondents.

[ECF No. 1]

17
18

Before the Court is Petitioner Gerardo Rangel Osuna's Petition for Writ of Habeas

19

Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1 ("Pet."). Respondents filed a Return in

20

which they acknowledge that (1) Petitioner is a member of the Bond Eligible Class certified

21

in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM,

22

2025 WL 3288403 (C.D. Cal. Nov. 25, 2025); (2) a final judgment has been entered as to

23

the Bond Eligible Class; and (3) per the entry of final judgment, Petitioner is detained under

24

8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be

25

held pursuant to 8 U.S.C. § 1226(a). ECF No. 4; *see also Maldonado Bautista v. Noem*,

26

/ / /

27

/ / /

28

1

1  No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485, at *1 (C.D. Cal. Dec. 18, 2025)

2  (entering final judgment for members of the Bond Eligible Class).[1]

3        Accordingly, the Court **ORDERS** as follows:

4        1.    Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**.[2]

5        2.    Respondents shall provide Petitioner with an individualized bond hearing

6  before an immigration judge pursuant to 8 U.S.C. § 1226(a) within **seven (7) days** of the

7  date of this order.

8        3.    The Clerk of Court shall enter judgment in Petitioner's favor and close this

9  case.

10        **IT IS SO ORDERED.**

11  Dated:  January 7, 2026

12

13                                          Honorable Linda Lopez
                                            United States District Judge
14

15

16

17

18

19

20

21

22

23  _____

24  [1] Subsequent to entry of judgment, the respondents in *Maldonado Bautista* filed a Notice

25  of Appeal. However, the Ninth Circuit has held the filing of an appeal does not suspend
    the preclusive effect of a lower court judgment. *Hawkins v. Risley*, 984 F.2d 321, 324

26  (9th Cir. 1993) (citations omitted).

27

28  [2] Petitioner requests attorney's fees and costs under the Equal Access to Justice Act
    [Pet. ¶ 55], which the Court **DENIES** without prejudice.